Thomas E. PEREZ, Secretary of Labor, United States Department of Labor, Plaintiff–Appellee

v.

EL PATO, INC., doing business as El Maguey Mexican Restaurant; JYR'S El Maguey Corporation, Inc., doing business as El Maguey Mexican Restaurant; Manuel Jaime, Individually; El Sapo, Inc., doing business as El Maguey Mexican Restaurant; Justo Adan, Individually; Humberto Jaime, Defendants–Appellants.

No. 14-3691.

United States Court of Appeals, Eighth Circuit.

Submitted: July 2, 2015.

Filed: July 8, 2015.

Henri J. Watson, Watson & Dameron, LLP, Kansas City, MO, for appellants.

M. Patricia Smith, Solicitor of Labor, Jennifer S. Brand, Assoc. Solicitor, Paul L. Frieden, Erin Mohan, U.S. Dept. of Labor, Office of the Solicitor, Washington, DC, for appellee.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

This is an appeal from an adverse adjudication of civil contempt made by the district court [1] in Fair Labor Standards

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Act proceedings first initiated more than a decade ago by the Secretary of the United States Department of Labor against El Pato, Inc., doing business as El Maguey Corporation, Inc.; JYR's El Maguey Corporation, Inc., doing business as El Maguey Mexican Restaurant; El Sapo, Inc., doing business as El Maguey Restaurant; Manuel Jaime; Humberto Jaime; and Justo Adan. After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion. *See F.T.C. v. Neiswonger,* 580 F.3d 769, 773 (8th Cir.2009) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.